UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EPS LOGISTICS CO., ET AL. | CIVIL ACTION NO. 6:21-cv-01003 |
| VERSUS | JUDGE SUMMERHAYS |
| COX OPERATING, L.L.C. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion to transfer venue under 18 U.S.C. § 1404(a), which was filed by the defendant, Cox Operating, L.L.C. (Rec. Doc. 7) is DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 6th day of August, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE